

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-19-00740-CV

Eduardo **SANCHEZ** and Alec Transport Limited Liability Company,
Appellant/s

v.

**SANTANDER BANK, N.A.**,
Appellee/s

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVH000777D4
Honorable Oscar J. Hale, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against appellants.

It is so **ORDERED** on August 26, 2020.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2020.

Michael A. Cruz, Clerk of Court